RECEIVED
JUL 13 2018
AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---

UNITED STATES OF AMERICA,   3:18-cr-00367 PGS

v.

**O R D E R**

CARLOS AXALCO-HUERTA,

       Defendant.

---

This matter having come before the Court on the Report and Recommendation of the United States Magistrate Judge filed in this matter, which was submitted as a result of this Court having referred this cause to the Magistrate Judge for the purpose of conducting a plea proceeding under Fed. R. Crim.P.11; and the defendant having consented to the Magistrate Judge conducting the guilty plea proceeding; and the Court having reviewed the Report and Recommendation of the proceedings on June 27, 2018; and there being no objection to the Report and Recommendation timely filed pursuant to 28 U.S.C 636(b); and the Court finding the Report and Recommendation is neither clearly erroneous nor contrary to law; and the Court hereby finding the Report and Recommendation should be approved and adopted and the defendant's guilty plea accepted,

It is on this 12 day of July 2018

**O R D E R E D** that the Report and Recommendation of the United States Magistrate Judge is approved and adopted; and

**IT IS FURTHER ORDERED** that the defendant's guilty plea is accepted and a judgment of guilt to the Information shall be entered.

_____
PETER G. SHERIDAN, U.S.D.J.